# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 19, 2007

130310

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES D. AZZAR,
           Plaintiff-Appellant,

and

PROCESSING SOLUTIONS, LIMITED,
           Plaintiff,

v

SC: 130310
COA: 260438
Kent CC: 03-011760-NZ

CITY OF GRAND RAPIDS,
           Defendant-Appellee,

and

BERNARD C. SCHAEFER, and
ROBERT J. KRUIS,
           Defendants.
_____/

On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of May 4, 2006. The application for leave to appeal the September 22, 2005 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 19, 2007

_____
Clerk

s0116